# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 120 MM 2015

            Respondent

      v.

ELTON EUGENE HILL, II,

           Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2015, the Application to Exceed Word Count Limitation is **DENIED**. Counsel is **DIRECTED** to file a Petition for Allowance of Appeal that complies with Pa.R.A.P. 1115(f) within 15 days.